UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/15/2014
```

------------------------------------------------------------ X
   EPHRAIM VANTERPOOL,       :
                            :
               Plaintiff,    :         12-CV-8789 (VEC)(SN)
                            :
          -against-     :          ORDER
                            :
   CAROLYN W. COLVIN,       :
   Acting Commissioner of Social Security,   :
                            :
               Defendant.[1] :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       On due consideration, after review of Magistrate Judge Netburn's Report and

Recommendation dated April 22, 2014, no party having objected, the time for objecting having

expired, and no clear error appearing on the face of the record, the Report and Recommendation

is approved and adopted.

       The Clerk of the Court is respectfully directed to enter judgment accordingly and to

terminate the case.

**SO ORDERED.**

**Date:  May 15, 2014**               **VALERIE CAPRONI**
      **New York, NY**              **United States District Judge**

---

[1]    The Clerk of the Court is respectfully directed to conform the caption to match the listing of parties above.